## JOAN M. HONEGGER ET AL. *v.* LISA L. PLATT (12423)

O'CONNELL, FREEDMAN and SPEAR, Js.

Argued February 22—decision released March 22, 1994

*James A. Mulhall, Jr.,* with whom was *Kevin T. Nixon,* for the appellants (plaintiffs).

*Raymond J. Plouffe, Jr.,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.